### CUTLER *ads.* BRICKEL.

The clerk can not assess the damages for a breach of the covenant of seizin in a warranty deed.

*Berrien Circuit,* 1870.

B sued C for a breach of his covenant of seizin in twenty acres, parcel of larger tract, in an action of covenant.

C was defaulted. The rule absolute recited "that the said plaintiff have judgment therein" and judgment was entered on the Clerk's report. A motion was now made to set aside the judgment as irregular.

*Muzzy* for Defendant.

*J. Brown* for Plaintiff.

*By the Court,* BLACKMAN, J.—The damages in this case are unliquidated and the contract is not one for the payment of money and therefore not within § 4424 *C. L.*

The judgment is set aside.